**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-6497

CARL D. GORDON,

　　　　Plaintiff - Appellant,

　　　v.

RENA MULLINS, Institutional Ombudsman; FONNIE TAYLOR, Institutional Ombudsman; SHERRY SHORTRIDGE, Institutional Operations Officer/Manager; TRACY S. RAY, Warden of Red Onion State Prison; KIM CROWDER-AUSTIN, Regional Ombudsman for the Western Region of the VDOC; CURTIS PARR, Regional Ombudsman for the Western Region of the VDOC; K. COUNTS; J. OWENS, Correctional Officer of VDOC; D. VANOVER, Correctional Officer of VDOC; C. GILBERT,

　　　　Defendants - Appellees,

　　　and

W. P. ROGERS, Assistant Deputy Director of Operations of the VDOC; JOHN JABE; JOHN S. GARMAN, Regional Director for the Western Region of the VDOC; HAROLD W. CLARKE, Director of the VDOC; DAVID ROBINSON, Chief of Corrections, Operations, of the VDOC; RANDALL C. MATHENA, Warden of Red Onion State Prison; R. ROWLETTE, Assistant Warden of Red Onion State Prison; BRAY, Correctional Officer of VDOC; A. TAYLOR, Sergeant, Correctional Officer of VDOC; UNKNOWN OFFICER, Correctional Officer of VDOC; D. BALL, Family Nurse Practitioner; KILGORE, Nurse at ROSP; SHELBY COLLINS, Dentist at ROSP; R. WRIGHT, Dental Assistant ROSP; GREGORY HOLLOWAY, Warden at WRSP; DAVID ZOOK, Assistant Warden at WRSP; J. COMBS, Major at WRSP; W. SWINEY, Lieutenant of D-Building at WRSP; MICHAEL MCBRIDE, Institutional Investigator at WRSP; GILLIAM, Safety Officer at WRSP; CIRC RUSSELL, Programs Counselor in D-Building at WRSP; SERGEANT PETERS; OFFICER BARTEE,

　　　　Defendants.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Norman K. Moon, Senior District Judge. (7:12-cv-00494-NKM-RSB)

Submitted: August 28, 2014          Decided: September 2, 2014

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Carl D. Gordon, Appellant Pro Se. John Michael Parsons, Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carl D. Gordon appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Gordon v. Mullins, No. 7:12-cv-00494-NKM-RSB (W.D. Va. Mar. 20, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED